STEPHEN M. LOBBIN
California Bar No. 181195
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, CA 92037
Telephone: 949.636.1391

CABRACH J. CONNOR
Texas Bar No. 24036390 (*pro hac vice* forthcoming)
cab@connorkudlaclee.com
KEVIN S. KUDLAC
Texas Bar No. 00790089 (*pro hac vice* forthcoming)
kevin@connorkudlaclee.com
JENNIFER TATUM LEE
Texas Bar No. 24046950 (*pro hac vice* forthcoming)
jennifer@connorkudlaclee.com
SERGIO R. DAVILA
California Bar No. 302689 (admission pending)
sergio@connorkudlaclee.com
CONNOR KUDLAC LEE PLLC
609 Castle Ridge Road, Suite 450
Austin, TX 78746
Telephone:  512.777.1254
Facsimile:  888.387.1134

Attorneys for Plaintiff
WESERVE DRONE, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESERVE DRONE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SZ DJI TECHNOLOGY CO., LTD., DJI EUROPE B.V., AND DJI TECHNOLOGY, INC., <br><br> Defendants. | CASE NO. _____ <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Weserve Drone, LLC ("Weserve Drone") files this Complaint for Patent Infringement against SZ DJI Technology Co., Ltd., DJI Europe B.V., and DJI

Technology, Inc. (collectively, "DJI" or "DJI Defendants") for infringement of U.S. Patent No. 9,352,834 ("the '834 Patent" or "the Asserted Patent").

**PARTIES**

1.     Weserve Drone, LLC is a limited liability company organized under the laws of the State of Texas and located at 734 Sword Bridge Drive, Lewisville, Texas 75056.

2.     Upon information and belief, Defendant SZ DJI Technology Co., Ltd. ("DJI China") is a Chinese corporation with its principal place of business at 14th Floor, West Wing, Skyworth Semiconductor Design Building, No. 18 Gaoxin South 4th Ave, Nanshan District, Shenzhen, China 518057.  DJI China is responsible for the research and development of DJI-branded products sold in the United States including DJI's unmanned aerial vehicles ("UAV").

3.     Upon information and belief, Defendant DJI Europe B.V. ("DJI Europe") is a European corporation with a place of business at Bijdorp-Oost 6, 2992 LA Barendrecht, Netherlands. DJI Europe sells DJI-branded products in the United States including DJI-branded UAV products.

4.     Upon information and belief, Defendant DJI Technology, Inc. ("DJI U.S.") is a California corporation with a place of business at 17301 Edwards Road Cerritos, California 90703-2427.

**JURISDICTION AND VENUE**

5.     Weserve Drone brings this action for patent infringement under the patent laws of the United States, namely 35 U.S.C. §§ 271, 281, and 284-285, among others.  This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.     The DJI Defendants are subject to general and specific personal jurisdiction of this Court based upon their regularly conducted business in California and in this judicial district giving rise to this action. The DJI Defendants have established minimum contacts with this forum such that the exercise of jurisdiction

over the DJI Defendants would not offend traditional notions of fair play and substantial justice. The DJI Defendants, directly and through subsidiaries and intermediaries (including distributors, retailers, and others), have committed and continue to commit acts of infringement in this District by, among other things, making, using, testing, selling, importing into the United States, and/or offering for sale products that infringe the Asserted Patent.

7.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1400(b) and 28 U.S.C. § 1391.

8.    Venue is proper in this district as to Defendant DJI U.S. pursuant to 28 U.S.C. § 1400(b) as DJI U.S. is a California corporation, maintains a regular and established place of business in this district at 17301 Edwards Road, Cerritos, California 90703-2427, and has committed acts of infringement in this judicial district. DJI U.S. also maintains a regular and established place of business at 201 S. Victory Blvd., Burbank, California 91502. DJI U.S. may be served through its registered agent CT Corporation System, 818. West Seventh Street, Suite 930, Los Angeles, California 90017.

9.    Venue is proper in this district as to DJI China pursuant to 28 U.S.C. §§ 1400(b) and 28 U.S.C. § 1391 at least because DJI China is a Chinese corporation and is subject to this Court's personal jurisdiction with respect to this action.

10.    Venue is proper in this district as to DJI Europe pursuant to 28 U.S.C. §§ 1400(b) and 28 U.S.C. § 1391 at least because DJI Europe is a European corporation and is subject to this Court's personal jurisdiction with respect to this action.

## THE WESERVE DRONE PATENT-IN-SUIT

11.    Weserve Drone is the owner by assignment of all right, title, and interest in and to United States Patent No. 9,352,834.

12.    A true and correct copy of the Asserted Patent is attached as Exhibit A.

13.    Weserve Drone possesses all rights of recovery under the Asserted Patent.

14.     The '834 Patent, titled "Micro Unmanned Aerial Vehicle and Method of Control Therefor," was duly and legally issued by the United States Patent and Trademark Office ("USPTO").

15.     The USPTO found the allowed claims to recite patentable subject matter and the respective application met all requirements for patentability.

16.     The United States Patent and Trademark Office issued the '834 Patent on May 31, 2016, after a complete examination and upon finding the claimed subject matter novel and the application meeting all requirements for patentability.

17.     The '834 Patent is valid and enforceable.

18.     The Abstract of the Asserted Patent describes a remotely controlled unmanned aerial vehicle ("UAV" or "drone") utilizing an on-board controller to generate around the drone a sonar bubble.  The sonar bubble is created by multiple sonar emitters positionally located along each axis of movement.  Because the sonar emitters produce overlapping sonar lobes, the on-board controller uses the resulting "stereo or bioptic data in the form of individual echo responses" to create a three-dimensional image of the area around the drone.  The drone is therefore able to proactively prevent collisions with nearby objects.

19.     In operation, the UAVs described in the Asserted Patent are thus able to operate semi-autonomously to avoid obstacles and respond to fast-changing environmental conditions unlike the prior art camera-based or inertial navigation-based systems that suffer from delays in the transmission of control data, multi-path radio interference, signal attenuation and unmapped objects.  '834 Patent, 1:33-2:32.

20.     The Asserted Patent further describes how embodying devices such as micro UAVs with the inventive system on-board can be used for military reconnaissance or inspection activities and overcome weight and power restrictions imposed by existing (and less-effective) technological solutions that relied on lasers, inertial navigation, and GPS.  '834 Patent, 2:33-2:53, 1:50-54.

21.     The inventor of the Asserted Patent recognized and noted in the patent specification that then-existing drone control processes and technology suffered from drawbacks, particularly in the context of size, weight, sensor capability (movement detection and drift), and the difficulty or impossibility of obtaining positional updates based on real-time GPS data.  '834 Patent, at 2:12-52.

22.     Thus, the existing inertial navigation and laser technologies were "generally incompatible" with the covert mission requirements placed on micro and nano UAVs tasked with a reconnaissance mission.  '834 Patent, at 2:45-51.  Those of skill in the art recognized at the time the challenge of deploying sufficient capabilities to provide collision avoidance in the micro UAV environment.  '834 Patent, at 2:53-3:35, 1:23-29.

23.     Those of skill in the art would recognize that the claimed subject matter of the '834 Patent marks significant improvement in collision avoidance and autonomous UAV control at the time of the invention.  They would recognize that the claimed sonar bubble and on-board control system would reduce device weight, power requirements and UAV size to allow micro UAVs to perform covert reconnaissance and risk analysis.  And those of ordinary skill in the art in 2012 understood that conventional UAV navigation and control solutions could not deliver collision avoidance or compensate for nearby objects that move as time passes, as described, enabled, and claimed in the Asserted Patent.  '834 Patent, at 5:5:5-19, 5:45-48.

24.     The Asserted Patent describes an autonomous mode of operation for a UAV that could automatically "counter drift" errors caused by standard inertial navigation systems and provide enhanced remote-control capability to avoid collisions and flight instability.  And because a detailed record of the ingress path could be stored, exfiltration of the UAV from a building or similarly cramped space was made possible.  '834 Patent, at 5:20-32.

25.     In order to provide such features and to overcome prior art problems, the Asserted Patent discloses and claims inventive and unconventional UAV devices and

methods of operation that initiate a three-dimensional, overlapping sonar bubble around the UAV.  The Asserted Patent describes and claims a memorize feature for navigating within confined areas.  This technical solution was, at the time, not well-understood, routine, or conventional.

26.    The claimed subject matter of the Asserted Patent presents advancements in collision avoidance control at the time of the inventions, enabling autonomous flight control that provided improved functionality and usability, that was unavailable in routine use of conventional UAV devices at the time.

27.    The '834 Patent claims a system and method for autonomous control of an unmanned aerial vehicle utilizing an on-board controller and sonar emitters to create a three-dimensional sonar bubble around the UAV.  The claimed subject matter marks a significant technological improvement.

## DEFENDANTS' PRODUCTS

28.    Defendants' make, have made, use, test, sell, offer for sale, distribute, import into the United States, license, and/or support unmanned aerial vehicles, add-on components, accessories, software development tools and mobile device applications for iOS and Android devices (or in the past have committed one or more of these acts).

29.    Defendants focus on ensuring that their devices and accessories are compatible with a broad range of services, such as consumer, professional and industry users.

30.    Defendants offer (and in the past have offered) their products for sale on their      website      (https://www.dji.com/)      through      their      online      store (https://store.dji.com/?site=brandsite&from=nav).

31.    Defendants make, have made, use, test, sell, offer for sale, distribute, import into the United States, license, and/or support the Matrice 100 UAV (or in the past have committed one or more of these acts).

32.     Defendants publish a user manual for the Matrice 100 UAV available for download at https://www.dji.com/matrice100/info#downloads.     See SZ DJI Technology Co., LTD., *DJI MATRICE 100 User Manual V1.6*, (March 2016) (hereafter "Matrice User Manual").

33.     The Matrice User Manual accurately describes the structure and operation of the Matrice 100 UAV.

34.     The Matrice 100 is used with DJI's Guidance navigation aid accessory. Matrice User Manual, at 14.

**Mounting the Expansion Bay**

Extend the center frame of the Matrice 100 with the expansion bay to mount DJI modules such as the Guidance system or other products if necessary. Depending on your configuration, the expansion bay can be positioned on the top or bottom of the center frame, and mounted onto the mounting rails or the battery compartment.


- Only one side of the expansion bay base plate is smooth. Attach your gear to the smooth side of the base plate.
- Two sets of expansion bays come with the Matrice 100. One of them has mounting marks and a direction arrow to help you mount the DJI Guidance system.

35.     Defendants make, have made, use, test, sell, offer for sale, distribute, import into the United States, license, and/or support the Guidance navigation aid (hereafter "the Guidance") (or in the past have committed one or more of these acts).



36.     Defendants publish a user manual for the Guidance available for download at https://www.dji.com/guidance/info#downloads. *See* SZ DJI Technology

Co., LTD., *GUIDANCE User Manual V1.6*, (November 2015) (hereafter "Guidance User Manual").

37.    The Guidance User Manual accurately describes the structure and operation of the Guidance.

38.    The Guidance is a navigation aid accessory that "uses ultrasonic sensors and cameras to gather real-time information about its surroundings" to allow for obstacle avoidance "in GPS-denied environments."  Guidance User Manual, at 5.

39.    The Guidance is fully compatible with the Matrice 100 UAV: https://www.dji.com/guidance?site=brandsite&from=nav.

## INSTALLATION & CONTROL



### Compatible Flight Platforms

Guidance is fully compatible with the DJI Matrice 100 flight platform.

40.    Defendants' developer website confirms that the Guidance is an add-on accessory for the Matrice 100 UAV: https://developer.dji.com/onboard-sdk/documentation/introduction/osdk-hardware-introduction.html (emphasis added).

> *Guidance is a revolutionary visual sensing system. With a powerful processing core, integrated visual cameras, ultrasonic sensors, and the most advanced computer vision algorithms in the world, Guidance protects your platform and gives you a new level of safety and confidence in flight. Guidance includes five sensor modules and one central processor.*

| Aircraft Comparison: Features | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Product | Camera | FPV Camera | Wireless Range US / EU km | Batteries | Landing Gear | Custom Payload g | Compatible Accessories |
| Matrice 100 | X3, Z3, X5, X5R, XT, Z30 | - | 5 / 3.1 | 1-2 | Fixed | 1000 | Guidance, Manifold, Focus |
| Matrice 210 | X4S, X5S, XT, Z30 | YES | 5 / 3.1 | 1-2 | Fixed | 2300 | Manifold, Focus, Third-party Sensors |
| Matrice 210 RTK | X4S, X5S, XT, Z30 | YES | 5 / 3.1 | 1-2 | Fixed | 1720 | Manifold, Focus, Third-party Sensors |
| Matrice 600 | X3, Z3, X5, X5R, XT, Custom with Ronin MX | - | 5 / 3.1 | 6 | Moveable | 6000 | Manifold, DRTK, Ronin MX |
| Matrice 600 Professional | X3, Z3, X5, X5R, XT, Custom with Ronin MX, Z30 | - | 5 / 3.1 | 6 | Moveable | 6000 | Manifold, DRTK, Ronin MX |

41.    The Guidance User Manual, at 8, confirms that the Guidance "is fully compatible with the DJI MATRICE" when installed on the Matrice 100 UAV.

42.    Defendants instruct end users on how to install the Guidance into a Matrice 100 UAV.  See Guidance User Manual, at 9-22.

43.    Defendants offer the Guidance for sale "to industry users for development in other applications" beyond the Matrice 100, including third-party UAVs or non-aircraft platforms.  Guidance User Manual, at 5.

44.    Defendants instruct and encourage end users to use the Guidance with UAVs and with non-aircraft platforms.   Guidance User Manual, at 11 (emphasis added).



45.     The Matrice 100 incorporates a flight controller.  Guidance User Manual, at 6 (emphasis added).



46.     The Matrice 100's flight controller oversees operation of the UAV, including its drive system.

47.    A Guidance accessory installed on the Matrice 100 becomes part of the Matrice 100's flight control system.  Guidance User Manual, at 5.

Guidance Core ×1

Collects data from the Guidance Sensors through its VBUS ports, and feeds the processed data to the DJI flight control system* via a CAN-Bus cable, or to other intelligent systems via a USB or UART cable.



…

CAN-Bus Cable ×1

Connects the Guidance Core to the DJI flight control system*.



*For simplicity, 'DJI Matrice Flight Control System' is referred to as 'DJI flight control system' in this manual.

48.    The Guidance accessory uses ultrasonic sensors that emit and detect ultrasonic energy.  Guidance User Manual, at 2 ("the ultrasonic sensors emit high frequency sound"), 7 (pictured below).

Product Introduction

The Guidance system is mainly composed of the Guidance Core and Guidance Sensors, which are installed on the carrier (an aircraft or other robotic platforms) to serve as a positioning guide. The Guidance Sensor collects image data through its cameras and ultrasound data through its ultrasonic sensors, which is processed into useful information by the Guidance Core, and fed into the DJI flight control system* via a CAN-Bus cable, or to other intelligent systems via a USB or UART cable. The carrier becomes aware of its surroundings, and can exert functions such as velocity measurement, positioning and obstacle sensing. The Guidance system is fully compatible with the DJI MATRICE flying platform, which is designed with suitable mounting positions for the Guidance modules, and fitted with a CAN-Bus port to allow the on-board flight controller to communicate with the Guidance Core.

Guidance Sensor



49.   The Guidance accessory includes ultrasonic emitters and five (5) "Guidance Sensor[s]," each Guidance Sensor having a pair of ultrasonic sensors. Guidance User Manual, at 2 ("the ultrasonic sensors emit high frequency sound"), 5 (pictured below), 7 (pictured above).

Guidance Sensor ×5

Collects image and ultrasonic data which is sent to the Guidance Core for processing via a VBUS cable.



VBUS Cable (Standard) ×5

Connects the Guidance Sensor to the Guidance Core.



50.   Each Guidance Sensor has two ultrasonic sensors.   Guidance User Manual, at 7.



51.   Ultrasonic emitters are arranged along each axis of travel.  Guidance User Manual, at 11-12, 26 (emphasis added).

1
2
3
4
5
6
7
8
9
10

## Mounting the Guidance Sensors

**Mounting Requirements**

Guidance Sensors should be mounted on the front, rear, left, right and bottom of the carrier. The figure below shows these directions with respect to the DJI MATRICE.



11
12
13

⚠ • The five default mounting positions for the DJI MATRICE are front, rear, left, right and bottom.
   • For other intelligent systems, mount anywhere from one to five of the Guidance Sensors where necessary.
   • If the carrier you are using is an aircraft, the downward facing Guidance Sensor must be mounted.

14
15
16
17
18
19
20
21
22
23

• The Obstacle Sensing Function will only work if all five Guidance Sensors are mounted in the standard positions and face the correct directions - the VBUS port of downward facing Guidance Sensor must point to the front of the carrier, and the VBUS ports of the side Guidance Sensors must point upwards.
• The downward facing Guidance Sensor is only used for positioning, and NOT for obstacle sensing.
• DO NOT fly in narrow spaces that are less than 3 meters wide (e.g. corridors).
• The obstacle sensing function is disabled automatically when the aircraft altitude is less than 0.5 meters. Fly with caution.
• Multiple aircrafts equipped with the Guidance system should be flown at a 15-meter distance from each other to avoid ultrasound interference.
• If you choose to place the Guidance Sensors above the center frame of the DJI Matrice, ensure they are positioned above the propeller rotation plane to avoid obstruction. A combination of two to three expansion bays plus a battery compartment can be mounted on the center frame to raise the Guidance Sensors to this level.

24
25
26
27
28

     52.    The Guidance Sensors emit sound energy and are sonar emitters. Guidance User Manual, at 2 ("the ultrasonic sensors emit high frequency sound"), 24-25.

2). Concerning the ultrasonic sensor

24   © 2015 DJI. All Rights Reserved.

**Guidance** User Manual

a. Flying over inclined surfaces (> 30°) that will deflect sound waves away from the aircraft (e.g. spherical surfaces).

b. Flying over surfaces that can absorb sound waves (e.g. thick carpets).

c. Flying over thin railing or grid fences.

53.    The Matrice 100 flight controller uses detected variations in signal strength and or round-trip timing from the sound waves reflected by objects in the sonar bubble to assess the relative position and nature of the detected object.

54.    Each ultrasonic sonar emitter produces an ultrasonic sonar lobe extending outwardly along its aligned axis of travel.  Guidance User Manual, at 11-12.



Mounting the Guidance Sensors

**Mounting Requirements**

Guidance Sensors should be mounted on the front, rear, left, right and bottom of the carrier. The figure below shows these directions with respect to the DJI MATRICE.

⚠   • The five default mounting positions for the DJI MATRICE are front, rear, left, right and bottom.
    • For other intelligent systems, mount anywhere from one to five of the Guidance Sensors where necessary.
    • If the carrier you are using is an aircraft, the downward facing Guidance Sensor must be mounted.

**Mounting Procedures**

Mount the Guidance Sensors to the designated positions on your carrier. The following mounting procedures use the DJI MATRICE as an example.

1. Mounting the downward facing Guidance Sensor:

   Fix the Guidance brackets to the expansion bay of the DJI MATRICE. Then mount the Guidance Sensor onto the brackets. Ensure the VBUS port of the Guidance Sensor points to the front of the carrier (in the direction of the arrow shown below). Failure to do so may lead to critical system errors and unintended flight behavior.



2. Mounting the Guidance Sensors on all four sides of the carrier:

Fix the Guidance brackets to the Guidance Sensor. Then mount the brackets onto the extension bay of the DJI MATRICE. Ensure the VBUS port on the Guidance Sensor is facing upwards. Failure to do so may lead to critical system errors and unintended flight behavior.



3. Check that all the parts are correctly installed and securely attached to the carrier. If you are using the DJI MATRICE, ensure that all Guidance Sensors are installed flat against the surface of the expansion bay. Failure to do so may compromise the performance of the Guidance system.

55.     The ultrasonic sonar lobes produced by the sonar emitters combine to encapsulate the Matrice 100 in a sonar bubble.  Guidance User Manual, at 25.

1
2
3
4
5
6
7
8
9
10



11    56.    The ultrasonic sonar lobes produced by the sonar emitters partially

12 overlap and exist in three dimensions. Guidance User Manual, at page 25.

13    57.    The Guidance includes multiple ultrasonic sonar detectors corresponding

14 to each axis of travel.  Guidance User Manual, at 15.

15
16
17



18
19
20
21
22
23
24
25
26
27
28



58.     The ultrasonic sonar detectors are coupled to the Matrice 100 flight controller, and in response to ultrasonic, sonar echoes received from detected objects, a three-dimensional image of the airspace and the detected objects, which may be stationary or moving, within the airspace around the Matrice 100, which may be stationary or moving, is generated.

59.     The Matrice 100 is configured, in response to detecting an object within the sonar bubble created by the Guidance, to automatically "invoke the flight control system to stop the aircraft if there are obstacles within the detection range" and the Matrice 100 flight controller, independently from user inputs, prevents "move[ment] in the direction of the obstacle, but [the Matrice 100] can still move in the other directions."  Guidance User Manual, at 25.

60.     The Matrice 100 with the Guidance accessory installed uses a combination of position and motion sensors to measure movement of the Matrice 100 in three-dimensional space.  Matrice User Manual, at 34.

**Flight Mode Switch**

Toggle the switch to select the desired flight mode.
You may choose between P-Mode, A-Mode
and F-Mode.



| Figure | Flight Mode |
|--------|-------------|
| P | P-Mode |
| A | A-Mode |
| F | F-Mode |

**P-Mode (Positioning):** P-Mode works best when GPS signal is strong. There are several states in P-Mode which are automatically selected by the Matrice 100 depending on GPS signal strength:
   P-GPS: GPS is available. The aircraft uses GPS for positioning.
   P-ATTI: GPS is not available. The aircraft only uses its barometer for maintaining altitude.
   P-OPTI: GPS is not available. The aircraft uses the DJI Guidance* system for positioning.

If you have the DJI Guidance* system installed on your aircraft, be sure to enable the Obstacle Sensing Mode in the DJI Guidance Assistant and the DJI GO app (Enter Camera View > ⌘ > Guidance). The obstacle sensing function will be active in the P-GPS and P-OPTI states.
*Read the *Guidance User Manual* carefully before using the DJI Guidance system.

61.   The Guidance "gather[s] real-time information about its surroundings, and sends data such as velocity, position and obstacle clearance to the [flight controller] of the [Matrice 100]."  Guidance User Manual, at 5.

62.   The flight controller of the Matrice 100 stores in memory the UAV's movement within the three-dimensional environment.

63.   The Matrice 100 includes a hover mode. Matrice User Manual at 59.

64.   The flight controller of the Matrice 100 uses the "velocity, position and obstacle clearance information" received from the Guidance to correct for drift in a position sensor on the Matrice 100.

65.   The Matrice 100 with the Guidance accessory installed includes the Return To Home (RTH) with obstacle avoidance feature.  Matrice User Manual, at 41-43.

66.   The Matrice 100 with the Guidance accessory installed includes a Failsafe RTH feature that is invoked automatically if the signal link to the user's remote control is lost for more than three seconds. Matrice User Manual at 42

67.   In normal operation of the Matrice 100 with the Guidance accessory installed, the Smart RTH feature that returns the Matrice 100 to its takeoff point can be invoked by the user by pressing the RTH button on the remote controller. Matrice User Manual at 41.

68.   The Accused Devices include the Guidance and any combination of the Guidance and any of (1) the Matrice 100, (2) a UAV built on the DJI MATRICE flying platform, or (3) any other UAV on which the Guidance is installed to operate in the same way as in combination with the Matrice 100 or other UAVs built on the DJI MATRICE flying platform.

69.   Defendants have been on notice of the Asserted Patent at least as early as this complaint.

# COUNT I
## DIRECT INFRINGEMENT OF U.S. PATENT NO. 9,352,834

70.     Weserve Drone realleges and incorporates by reference the allegations set forth in the preceding paragraphs as if set forth verbatim in this Count.

71.     Defendants have directly infringed and continue to directly infringe at least claims 1, 2, 3, and 5 ("Asserted Claims") of the '834 Patent in violation of 35 U.S.C. § 271(a) by making, using, testing, demonstrating, exhibiting, marketing, selling, or offering to sell in the United States, or importing into the United States, the Accused Devices.

72.     Defendants make, use, sell, or offer for sale, and/or import into the United States the Accused Devices (or in the past have committed one or more of these acts) that embody and practice the Asserted Claims of the '834 Patent.

73.     Defendants have no authority or license to practice any claim of the '834 Patent.

74.     The Defendants' Matrice 100 is an unmanned aerial vehicle with a drive system for propelling the UAV through the air.

75.     The Matrice 100 includes a flight controller that controls the UAV's drive system and oversees operation of components of the Matric 100.

76.     In normal operation, the Defendants' Guidance accessory uses multiple ultrasonic sonar emitters to generate a sonar bubble encapsulating the UAV.

77.     In normal operation, an Accused Device features and uses multiple ultrasonic emitters associated with different axes of travel.

78.     In normal operation, an Accused Device features and uses multiple ultrasonic emitters that each produce a sonar lobe extending outwardly along different axes of travel.

79.     In normal operation, the sonar lobes produced by multiple ultrasonic emitters of an Accused Device combine to encapsulate the Accused Device in a sonar bubble.

80. Defendants' Guidance features and is intended to use multiple ultrasonic sonar detectors.

81. In normal operation, an Accused Device features and uses multiple ultrasonic sonar detectors that communicate with a controller.

82. In normal operation, an Accused Device features and uses multiple ultrasonic sonar detectors that enable the controller—in response to echoes reflected off objects within the sonar bubble—to interpret and generate a three-dimensional image of the spatial environment in which the Accused Device is stationary or moving and within which spatial environment objects are stationary or moving.

83. In normal operation, a controller for an Accused Device is configured to moderate the drive system of an Accused Device in response to an assessed position of objects in the three-dimensional image relative to the Accused Device such that the controller independently controls movement of the Accused Device through the spatial environment along each axis of travel.

84. In normal operation, an Accused Device forms a sonar bubble from partially overlapping three-dimensional spatial sonar lobes generated by relatively inclined pairs of sonar emitters.

85. In normal operation, at least two sonar detectors of an Accused Device are associated with each axis of travel.

86. In normal operation, a controller of an Accused Device is configured to and used to resolve detected variations of signal strength to assess a relative position of objects with respect to the Accused Device.

87. In normal operation, an Accused Device uses object data acquired from use of the sonar bubble to compensate for drift in at least one of the motion and position sensors.

88. In normal operation, an Accused Device performs each and every step or meets each and every element of at least Claims 1, 2, 3, 5, 8, and 10 of the '834 Patent.

89.     Weserve Drone is entitled to recover from Defendants compensation in the form of monetary damages suffered as a result of Defendants' infringement in an amount that cannot be less than a reasonable royalty together with interest and costs as fixed by this Court.

## COUNT II
## INDIRECT INFRINGEMENT OF U.S. PATENT NO. 9,352,834

90.     Weserve Drone realleges and incorporates by reference the allegations set forth in the preceding paragraphs as if set forth verbatim in this Count.

91.     Defendants have been on notice of the '834 Patent since approximately November 26, 2018, when Defendants received correspondence offering rights under the patent, or at least by filing of this complaint.

92.     With knowledge of the '834 Patent, Defendants continued to encourage, aid, abet, direct, and instruct users to combine the Accused Devices to infringe one or more claims.

93.     Since receiving notice of the '834 Patent, Defendants have not, upon information and belief, modified instructions or provided users instructions to avoid infringing the '834 Patent.

94.     Defendants induce and contribute to infringement of the '834 Patent by others including end users of the Accused Devices.

95.     Defendants knowingly and intentionally have induced and continue to induce users of an Accused Device to directly infringe one or more claims of the '834 Patent, including by, for example, (1) providing instructive information explaining how to use an Accused Device in an infringing manner; and (2) encouraging users to infringe by highlighting infringing uses of an Accused Device in advertisements.

96.     Defendants' instructions and explanations may be found, for example, at https://www.dji.com/matrice100 and https://www.dji.com/guidance.

97.     Defendants' issue press releases highlighting the infringing functionality and use of the Accused Devices (e.g., "DJI Matrice 100 & DJI Guidance Announced,"

Heliguy website, June 9, 2015, at https://www.heliguy.com/blog/2015/06/09/dji-matrice-100-dji-guidance-announced/).

98.    Through online technical support and publication of instructional



information, Defendants encourage, aid, and direct end users of the Accused Devices to use and operate them, consistent with Defendants' instructions, to perform the claimed methods of the '834 Patent.

99.    Defendants' Guidance Accused Device is not a staple article of commerce suitable for any non-infringing use, and Defendants have notice of the '834 Patent. Defendants publish on their website (https://www.dji.com/guidance/info) a video tutorial instructing users how to install Guidance on the M100.

100.    The Guidance Accused Device is specially adapted for infringing use including with other Accused Devices.

101.   Weserve Drone is entitled to recover from Defendants compensation in the form of monetary damages suffered as a result of Defendants' infringement in an amount that cannot be less than a reasonable royalty together with interest and costs as fixed by this Court.

**PRAYER FOR RELIEF**

Weserve Drone prays for the following relief:

a) A judgment be entered that Defendants have directly and indirectly infringed one or more claims of the Asserted Patent;

b) A judgment be entered that the Asserted Patent is valid and enforceable;

c) Weserve Drone be awarded damages adequate to compensate for Defendants' infringement up until the date such judgment is entered, including prejudgment and post-judgment interest, costs, and disbursements as justified under 35 U.S.C. § 284 and, if necessary, to adequately compensate Weserve Drone for Defendants' infringement, an accounting;

d) A judgment that Weserve Drone be awarded attorneys' fees, costs, and expenses incurred in prosecuting this action; and

e) A judgment that Weserve Drone be awarded such further relief at law or in equity as the Court deems just and proper.

1

# **DEMAND FOR JURY TRIAL**

2

3       Plaintiff demands trial by jury for all issues so triable pursuant to Fed. R. Civ.

4   P. 38(b) and L.R. 38-1.

5

6       Dated: May 20, 2019                    By  /s/ Stephen M. Lobbin

6

7       STEPHEN M. LOBBIN
        California Bar No. 181195
8       sml@smlavvocati.com
        SML AVVOCATI P.C.
9       888 Prospect Street, Suite 200
        San Diego, CA 92037
10      Telephone: 949.636.1391

10      Cabrach J. Connor
11      Texas Bar No. 24036390 (*pro hac vice*
        forthcoming)
12      cab@connorkudlaclee.com
        Kevin S. Kudlac
13      Texas Bar No. 00790089 (*pro hac vice*
        forthcoming)
14      kevin@connorkudlaclee.com
        Jennifer Tatum Lee
15      Texas Bar No. 24046950 (*pro hac vice*
        forthcoming)
16      jennifer@connorkudlaclee.com
        Sergio R. Davila
17      Cal. Bar No. 302689 (admission pending)
        sergio@connorkudlaclee.com
18      **CONNOR KUDLAC LEE PLLC**
        609 Castle Ridge Road, Suite 450
19      Austin, TX 78746
        Telephone:  512.777.1254
20      Facsimile:  888.387.1134

21      *Attorneys for Plaintiff*
        Weserve Drone, LLC

22

23

24

25

26

27

28